IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

M. Randy Rice, Trustee                                          PLAINTIFF

vs.                          No. 4:17-mc-12

Mike Fowler, Mike Fowler Farms,                                 DEFENDANTS
And Shirley Fowler

## ORDER

This is an adversary proceeding commenced in bankruptcy court in which the defendants have moved to withdraw the reference (Document No. 1). The Trustee, who is the plaintiff, has not responded. The motion is therefore granted, and the reference is hereby withdrawn.

The Court directs the Clerk to close the miscellaneous case that was opened when the motion to withdraw the reference was filed and to open a new civil action for the adversary proceeding that was initially commenced in bankruptcy court.

IT IS SO ORDERED this 21st day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE